FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 05 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

David Alm,

            Plaintiff,

-against-

Professional Claims Bureau, Inc.,
            Defendant.

**JUDGMENT**

Docket No: 2:18-cv-02401-ADS-AKT

Defendant, Professional Claims Bureau, Inc. having offered judgment against itself pursuant to FRCP 68 in the sum of $1,500.00 plus costs of $496.50 and attorney's fees in an amount to be set by the court, and Plaintiff having accepted said offer of judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff David Alm recover from Defendant Professional Claims Bureau, Inc. the principal amount of $1,500.00, costs of $496.50, totaling $1,996.50, plus attorney's fees in an amount to be set by the court; and that this case is closed.

/s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

11/5/18
_____
Date

Dated: Central Islip, New York

DOUGLAS C. PALMER
CLERK OF COURT
By: /s/ James J. Toritto
_____
Deputy Clerk
Deputy Clerk